IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PROMPT MEDICAL SYSTEMS, L.P. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:05-CV-485 |
| | § | |
| McKESSON CORPORATION | § | |
| | § | |
| Defendant | § | |

## STIPULATION OF DISMISSAL REGARDING U.S. PATENT NO. 5,483,443

COME NOW, Plaintiff, Prompt Medical Systems, L.P. ("Prompt") and Defendant, McKesson Corporation ("McKesson"), and file this Stipulation pursuant to Federal Rule of Civil Procedure 41 respecting the claims, counterclaims and defenses in this action regarding U.S. Patent No. 5,483,443 ("the '443 patent"), AS FOLLOWS:

1. Prompt's claims in this action against McKesson are dismissed in their entirety WITH PREJUDICE.

2. McKesson's defenses and counterclaims in this action are dismissed WITH PREJUDICE.

3. Each party to this action will bear its own costs, expenses, and attorney fees.

Signed this 21st day of August, 2006.

| | |
|---|---|
| **MehaffyWeber** | **Latham & Watkins, LLP** |
| /s/ Ernest W. Boyd | /s/ Matthew Rawlinson (by permission) |
| Ernest W. Boyd | Matthew Rawlinson |
| State Bar No. 00783694 | California State Bar No. 231890 |
| butchboyd@mehaffyweber.com | matt.rawlinson@lw.com |
| Eric Adams | Carisa S. Yee |
| State Bar No. 24031686 | California State Bar No. 227499 |
| ericadams@mehaffyweber.com | carisa.yee@lw.com |
| Corey Seel | 135 Commonwealth Drive |
| State Bar No. 24037465 | Menlo Park, California 94025 |
| coreyseel@mehaffyweber.com | Telephone: (650) 328-4600 |
| 500 Dallas, Suite 1200 | Facsimile: (605) 463-2600 |
| Houston, Texas 77002 | |
| Telephone: (713) 655-1200 | S. Calvin Capshaw |
| Facsimile: (713) 655-0222 | State Bar No. 03783900 |
| | ccapshaw@mailbmc.com |
| **ATTORNEYS FOR PROMPT MEDICAL SYSTEMS, LP** | BROWN McCARROLL, LLP |
| | 1127 Judson Road, Suite 220 |
| | P.O. Box 3999 |
| | Longview, Texas 75601 |
| | Telephone: (903) 236-9800 |
| | Facsimile: (903) 236-8787 |
| | |
| | **ATTORNYS FOR McKESSON CORPORATION** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, on the 21st day of August, 2006, this stipulation of dismissal was served on all counsel of record who have consented to electronic service. Local Rule 5(a)(3)(A).

Matt Rawlinson
Carisa Yee
135 Commonweath Drive
Menlo Park, CA 94025
S. Calvin Capshaw
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601

/s/ Ernest W. Boyd
Ernest W. Boyd